**Order entered January 27, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01199-CR

**MARK MCCAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-00694-K**

## ORDER

The Court **GRANTS** the State's January, 2015 motion to file an amended brief to the extent that we **ORDER** the State to file, within **FIFTEEN DAYS** of the date of this order, an amended brief making the corrections specified in its motion.


/s/     LANA MYERS
         JUSTICE